MEMO ENDORSED



# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729-9494

September 1, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/5/23__
```

**Via ECF**
Hon. Andrew L. Carter, Jr.
U.S. District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York

Re:   **United States v. Ricardo Lopez**
      23 cr 441

Dear Judge Carter:

I represent Mr. Lopez on the above-captioned case. I respectfully write with the consent of the Government to request an extension until Tuesday, September 5, 2023, for Mr. Lopez to satisfy the conditions of his pretrial release bond.

The Government has approved two financially responsible co-signers for Mr. Lopez's bond. Additional time is required to interview and approve a personal suasion signatory. The Government consents to this extension.

Thank you for your time and consideration of this request.

Respectfully submitted,

The application is **GRANTED**.
So Ordered.

*Andrew L. Carter*
9/5/23

s/Elena Fast
Elena Fast, Esq.
Counsel for Ricardo Lopez