USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-7-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              Plaintiff,

    -against-

RICARDO LOPEZ,

                            Defendant.

---------------------------------------------------------------- x

23-CR-441 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    An Arraignment is set for **September 14, 2023** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 7, 2023

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**