

**The Fast Law Firm, P.C.**
521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729 9494

December 4, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/5/23__

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Ricardo Lopez</u>
23-cr-00441-1 (ALC)

Dear Judge Carter:

I represent Mr. Ricardo Lopez on the above captioned matter. I respectfully write the Court seeking to modify the terms of Mr. Lopez's Pre-trial release from home confinement to standalone GPS monitoring.

Since August 2023, Mr. Lopez has been released on a $100,000 unsecured personal recognizance bond with two signatories and a third moral suasion co-signer. Lopez has been on home detention since the inception of the case and has abided by all terms of his release. Mr. Lopez has continued to be employed by Talent Security as a Security Guard, performing work at several restaurants.

Mr. Lopez is primarily seeking the modification of his Pre-trial release conditions in order to be able to go grocery shopping twice a week (as opposed to once a week as he is currently granted) and to go to the barber once a week (as opposed to once every 15 days as he is currently granted). Mr. Lopez seeks more frequent grocery store trips as he sustained an abdominal gunshot wound several years back, which still bothers him in that it makes his appetite unpredictable.

I have conferred with Pre-Trial Officer Marlon Ovalles about Mr. Lopez's request. PO Ovalles informed me that Pre-Trial would oppose these modifications to the conditions of Mr. Lopez's home confinement as the purpose of home confinement is to "limit the defendant's movements throughout the community" and Pre-Trial believes the current schedule to be "sufficient and reasonable." However, Pre-Trial would support downgrading Mr. Lopez's pre-trial conditions to standalone GPS monitoring or a curfew, with hours to be set by Pre-Trial Services, and enforced by GPS monitoring. PO Ovalles informed me that Pre-Trial initially recommended more relaxed bail conditions, instead of home detention for Mr. Lopez.

I have conferred with AUSA Marguerite Colson about Mr. Lopez's request to modify the conditions of his Pre-trial release and was informed that the Government does not consent to "downgrade Mr. Lopez's overall pretrial release status to accommodate requests for additional haircut and grocery shopping days."

Due to the large scale of the investigation into this matter, it has, and may continue to take many more months before this case proceeds to trial. Under the proposed modifications, Mr. Lopez will remain under GPS monitoring – these conditions represent the least restrictive combination of conditions that will reasonably assure Mr. Lopez's future appearance and the safety of the community.

For these reasons we seek that the Court modifies the current Pre-trial release conditions in this matter from home detention to standalone GPS Monitoring. Thank you for your time and consideration of this request.

> The application is **DENIED**.
> So Ordered.
>
> *[signature]*
> 12/5/23

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Ricardo Lopez

cc:     AUSA Marguerite Colson (via ECF)