

**FAST LAW**

Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/14/24__

May 10, 2024

**Via ECF**
The Honorable Judge Andrew L. Carter
U.S District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Ricardo Lopez**
23-cr-441(ALC)

Dear Judge Carter:

I represent Mr. Ricardo Lopez on the above-captioned matter. We were scheduled to appear before Your Honor today for a change of plea. As communicated with Your Honor's Deputy earlier today, the Defense sought an adjournment.

The Defense respectfully requests an adjournment of the change of plea hearing *sine die* with an update to be provided to the Court on Mr. Lopez's desire to enter a plea by Friday, May 24, 2024. The Defense consents to the exclusion of Speedy Trial time and submits that this time is needed to further discuss the proposed resolution with Mr. Lopez.

The Defense has conferred with the Government and AUSA Colson does not object. Thank you for your time and consideration of this request and once again sincerest apologies for the late notice.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Ricardo Lopez

The application is **GRANTED**. The change of plea hearing is adjourned sine die. Joint status report due 5/24/24. Time excluded from 5/10/24 to 5/24/24 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*  5/14/24

cc: All parties of record (via ECF)