

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

May 24, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/29/24
```

**Via ECF**

The Honorable Andrew L. Carter
U.S. District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Ricardo Lopez**
23-cr-441(ALC)

Dear Judge Carter:

I represent Ricardo Lopez on the above captioned matter. On May 14, 2024, Your Honor granted the Defense request to adjourn the change of plea hearing *sine die* to further consult with Mr. Lopez.

The Defense is now ready to proceed with the change of plea hearing. The parties are available to appear before Your Honor before 1 PM on June 4, 2024 and anytime on June 6, 2024 if it pleases the Court.

The Defense consents to the exclusion of speedy trial time on the matter from May 10, 2024, the last scheduled change of plea hearing, to the next scheduled appearance.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Ricardo Lopez

The application is **GRANTED**. The change of plea hearing is adjourned to 6/6/24 at 2:30 p.m. Time excluded from 5/24/24 to 6/6/24 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter*
5/24/24

cc: All attorneys of record via ECF