USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-12-24_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

RICARDO LOPEZ,

                Defendant.

------------------------------------------------------------- x

23-CR-441 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Sentencing set for December 19, 2024, is adjourned to **2:30 p.m**.

SO ORDERED.

Dated:    New York, New York
             December 12, 2024

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**