UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America          :
                                  :   23 ___ CR 441 ___ (ALC)
                                  :
       -against-                  :        ORDER
                                  :
Ricardo Lopez, 75459-510          :        USDC SDNY
                                  :        DOCUMENT
                                  :        ELECTRONICALLY FILED
             Defendant            :        DOC#: _____
----------------------------------x        DATE FILED: 12-19-24


**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
        December 19, 2024